**Order entered August 14, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01097-CR

**DANIEL MAVERO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 10**
**Dallas County, Texas**
**Trial Court Cause No. MA13-71667-L**

## ORDER

On July 20, 2015, this Court ordered appellant to file his brief by August 7, 2015. To date, appellant has neither filed his brief nor communicated with the Court regarding his failure to do so.

Accordingly, we **ORDER** appellant to file his brief by **FRIDAY, AUGUST 21, 2015**. If the brief is not filed by that date, the Court will utilize the available remedies to obtain the brief, which may include removing Jeffrey Buchwald as appellant's appointed attorney and ordering the trial court to appoint new counsel to represent appellant on this appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable Roberto Canas, Jr., Presiding Judge, County Criminal Court No. 10; Jeffrey Buchwald; and the Dallas County District Attorney's Office.

/s/     CAROLYN WRIGHT
        CHIEF JUSTICE